Samuel Dartez
(Name)

(Institution Register No.)

1001 S. Seth Child Rd., Manhattan, KS 66502
(Current Mailing Address)

FILED
NOV 12 2015
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Samuel Lee Dartez II, Plaintiff
(Full and Correct Name)

vs.

State of Kansas
(KHP, RCPD, MCPD), Defendants

CASE NO. 15-3255-SAC-DJW
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

## A. JURISDICTION

1) Samuel Dartez (Plaintiff), is a resident of Kansas (State of residency prior to incarceration)

who presently located at 1001 S. Seth Child Rd., Manhattan, KS 66502
(Mailing address or place of confinement.)

2) Defendant Kansas Highway Patrol (KHP) (Name of first defendant) is a resident of

Topeka, Kansas (City, State), and is employed as

Kansas Highway Patrol General Headquarters (Position and title, if any), and may be

located at 122 SW 7th, Topeka, Kansas 66603 (Address for service of process). At the time the claim(s) alleged

in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☑

If your answer is "Yes", briefly explain: N/A

1

XE-2 (F)        CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

3) Defendant **Morris County Police Department (MCPD)** is a resident of
(Name of first defendant)

**Council Grove,** and is employed as
(City, state)

**Morris County Police Department**, and may be located at
(Position and title, if any)

**501 W. Main St., Council Grove, KS 66846**. At the time the
(Address for service of process)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☑. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction under different or additional statuses, you may list them below.)

**Uncertain**                                        *Continued on seperate sheet*

---

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

On November 13th 2014 within the jurisdiction of Morris County I was brutally beaten to within an inch of my life by the Kansas Highway Patrol tactical/SRT Team(s). The incident was observed, initiated, instructed and administered by BCPD, MCPD, and KHP SRT/Tacticle Team personnel. I was for about 30-45 sec(s) if not more. MCPD Under Sheriff John H. Riffel says there is video of incident, but no one can locate it. I was rushed to the ER the next day for multiple x-rays, CAT-scans, MRI's etc.

A. Jurisdiction continued...

Defendant Riley County Police Department is a resident of Manhattan, Kansas, and is employed as Riley County Police Department (RCPD), and may be located at 1001 S. Seth Child Rd., Manhattan, KS 66502. At the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☒. If your answer is "Yes", briefly explain:

Samuel C. Darter

Samuel L. Denty

## C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: *Police brutality and excessive use of force by KHP SRT / Tacticle Team(s).*

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): *During my November 13th 2014 arrest I was kicked, punched, slammed and beaten by KHP personal. Once I was handcuffed I was punched, kicked, jumped on and beaten again.                    (See photos 2)*

B) (1) Count II: *8th Amendment Constitutional Right Violation*

(2) Supporting Facts: *The treatment received upon my arrest was completely un-necessary, out of bounds and nearly cost me my life. A simple standard/routine arrest morphed into a vicious and malicious attack that was unprovoked and totally uncalled for.*

C) (1) Count III: *14th Amendment Constitutional Right Violation*

_____

_____

(2) Supporting Facts: While I was beaten no one from KHP, RCPD or MCPD attempted to intervene or stop the unnecessary violence carried out on me. Even more, I was unable to make statements pertaining to the incident to law enforcement and unable to pursue criminal charges against person(s) involved, and no criminal investigation is underway.

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: N/A

   Defendants: N/A

   b) Name of court and docket number N/A

   _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

   _____

   d) Issues raised N/A

   e) Approximate date of filing lawsuit N/A

   f) Approximate date of disposition N/A

4

E.  ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes [✓] No [ ].

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision _Riley County has told me they do not have anything to do w/ the incident and can't do much to help._

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not _N/A_

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. _I have spoken w/ KBI about the incident as well as Riley County Attorneys + personal, but I have been unsuccessful obtaining any information on parties involved._

F.  REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:

_Civil and monetary relief for injuries sustained, emotional distress, and pain + suffering. Legal relief by pursuing criminal charges against those involved and procedural investigation(s)._

_____       _Samuel Darty_____
Signature of Attorney (if any)                   Signature of Petitioner

_____
_____
_____
(Attorney's full address and telephone number)

XE-2 (F)        CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

5





Taken 11.14.2014 @ RCJ by Sgt. Klym

