Samuel Dartez
7001 S. Seth Child Rd.
Manhattan, Ks 66502



KANSAS CITY 640
10 NOV 2015 PM 5 T

RECEIVED
NOV 12 2015
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

6668351005

Timothy M. O'Brien, Clerk of C
United States District Court
444 SE Quincy
Topeka, Kansas 66683

LEGAL MAIL