IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SAMUEL LEE DARTEZ, II       )
                            )
        Plaintiff,          )
                            )
v.                          )   Case No. 15-3255-EFM-DJW
                            )
RICK PETERS, et al.,        )
                            )
        Defendants.         )

**PLAINTIFF, SAMUEL LEE DARTEZ, SEEKS A MOTION FOR LEAVE TO AMEND COMPLAINT, AND A MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Respectfully submitted,

*Pro se*

By: /s/ *Samuel L. Dartez*
Samuel L. Dartez, II, #87393

Samuel Lee Dartez, #87393
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, Kansas 67504
(620)662-2321
sldartez@hotmail.com; vontae23@gmail.com

*PRO SE* PLAINTIFF IN SUIT

Executed on: *March 27, 2017*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SAMUEL LEE DARTEZ, II )
)
      Plaintiff, )
)
v. ) Case No. 15-3255-EFM-DJW
)
RICK PETERS, et al., )
)
      Defendants. )

## PLAINTIFF SAMUEL LEE DARTEZ SEEKS A MOTION
## FOR LEAVE TO AMEND COMPLAINT

**COME NOW** Plaintiff Samuel Lee Dartez II, by and through my *pro se* status, pursuant to local rules D. Kan. 7.1 and 15.1 and move this Court for a Motion for Leave to Amend my Complaint currently before this Court today to better and more accurately present and file my Complaint. In this Motion, the Plaintiff states as follows:

**1.)** My initial Complaint for this suit was brought before this Court on November 15th of 2015.

**2.)** On June 2nd of 2016 the Judgment of the Court was that I Amend my Complaint to list individuals by name within the suit and in their proper capacity(s) to better present the case.

**3.)** My Amended Complaint ( Ordered by the Court) was submitted and filed within this Court on June 30th of 2016.

**4.)** At the time of filing my initial Complaint, and my Court Ordered Amended Complaint, I was not very knowledgeable on these issues or how to properly bring a 1983 § Civil Claim before the Court. Even today, my overall knowledge and understanding of these proceedings and the process are very minimal.

**5.)** I would like to add the 4th Amendment objective reasonableness standard clause against the KHP Officials to my Complaint.

**6.)** I would also like to re-add the KHP Agency to the suit for the purposes of injunctive relief.

**7.)** I would like the officials involved within this suit to be properly addressed and reprimanded by their respective employer.

2

**8.)** I would like to retrieve the names and contact information about all officials involved so that they can be properly identified and added to this complaint.

**9.)** I would like for the Kansas Highway Patrol and its actors to change their policy about how and when they proceed to activate their Tactical, SRT and other similar units in any situation. Provided that their policy is not to video (audio and/or video) their Tactical, SRT Teams activations.

**10.)** I would like to receive the handbook, rules and regulations, proper procedures etc. used, studied and/or needed to be obtained by all KHP personnel.

**11.)** I would like the written reports, if any, about the day in question of the incident.

**12.)** I would like to know what action(s) the KHP Agency has taken, or plans to take, against the officials involved with the incident basing from this suit.

**13.)** This is my first Motion requesting to Amend my Complaint with the Court.

**14.)** Due to my *pro se* status I have not been able to confer with any of the Defendants or their respective counsel(s) about this matter.

Wherefore, the Plaintiff prays that this Court enter an Order granting this Motion for Leave to Amend my Complaint.

Respectfully submitted,

*Pro se*

By: /s/ *Samuel Dartez*
Samuel L. Dartez, II, #87393

Samuel Lee Dartez, #87393
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, Kansas 67504
(620)662-2321
sldartez@hotmail.com; vontae23@gmail.com

*PRO SE* PLAINTIFF IN SUIT

Executed on: *March 27, 2017*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SAMUEL LEE DARTEZ, II )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICK PETERS, et al., )<br>)<br>Defendants. ) | Case No. 15-3255-EFM-DJW |

### PLAINTIFF SAMUEL LEE DARTEZ SEEKS A MOTION
### FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

**COME NOW** Plaintiff Samuel L. Dartez II, by and through his *pro se* status, pursuant to local rules D. Kan. 7.1 and 6.1 and move this Court for an Order extending the time to File the Amended Complaint before the Court today. In this Motion the Plaintiff states as follows:

**1.)** My Complaint is about 10 pages long, without the Exhibits, and would take a substantial amount of time to type up.

**2.)** Plaintiff asks this Court to grant this Motion Extending Time to File Amended Complaint by 7 days from _March 27th_ of 2017 to _April 3rd_ of 2017.

**3.)** The Plaintiff has not previously asked the Court for an Extension of Time to File his Amended Complaint.

**4.)** Due to my *pro se* status I have not been able to confer with any of the Defendants or their respective counsel(s) about this matter.

**5.)** This Motion for Extension of Time is made out of necessity and not for the purpose of delay or coercion, and will not prejudice or harm any party herein.

Wherefore, the Plaintiff prays for an Order Extending the Time he has to File his Amended Complaint an additional 7 days, up to and including _April 3rd_ 2017.

Respectfully submitted,

*Pro se*

By: /s/ *[signature]*
    Samuel L. Dartez, II, #87393

    Samuel Lee Dartez, #87393
    Hutchinson Correctional Facility
    P.O. Box 1568
    Hutchinson, Kansas 67504
    (620)662-2321
    sldartez@hotmail.com; vontae23@gmail.com

    PRO SE PLAINTIFF IN SUIT

Executed on: March 27, 2017