## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SAMUEL LEE DARTEZ, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 15-CV-3255-EFM-DJW |
| | ) |
| RICK PETERS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### MORRIS COUNTY DEFENDANTS' RESPONSE IN OPPOSITION
### TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

The Morris County Defendants (Morris County Sheriff's Office Undersheriff John H. Riffel, Deputy Charles Rodman, and Deputy Dan Good) file this Response in Opposition to Plaintiff Samuel Dartez's motion for leave to amend his complaint. (Doc. 72). The Morris County Defendants assert that the request for leave to amend should be denied because Dartez has failed to meet the requirements of D. Kan. Rule 15.1(a) and because his amendment would be futile.

In support of this Response, the Morris County Defendants join and incorporate by reference under Federal Rule of Civil Procedure 10(c) the Response in Opposition to Plaintiff's Motion for Leave to Amend Complaint filed by Kansas Highway Patrol Defendants Rick Peters, Robert Ware, and John Doe Nos. 1-7. (Doc. 73).

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: /s/ Toby Crouse
Toby Crouse, #20030
Eric Turner, #25065
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, KS 66210-2000

> Telephone: (913) 498-2100
> Facsimile: (913) 498-2101
> Email: tcrouse@foulston.com
> Email: eturner@foulston.com
>
> ATTORNEYS FOR MORRIS COUNTY
> DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on April 3, 2017, this document was filed with the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record, and a copy was mailed via U.S. Mail to:

Samuel Lee Dartez, II #87393
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568

> /s/ Toby Crouse
> ATTORNEY FOR MORRIS COUNTY
> DEFENDANTS

504389