SAMUEL LEE DARTEZ II
Name
Hutchinson Correctional Facility,
Address
P.O. Box 1568, Hutchinson, KS 67504

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Samuel Lee Dartez II, | |
| Plaintiff, | Case No. 15-3255-EFM-DJW |
| V. | |
| Rick Peters, Lt. (FNU) Ware, John Does 1-7, The Kansas Highway Patrol, John H. Riffel, Charles Rodman, Dan Good, Brian Johnson, Mark French and Robert W. Dierks, Defendant(s). | AMENDED CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

### A. JURISDICTION

1) Samuel Lee Dartez, II , is a citizen of __Kansas__ who presently resides at Hutchinson Correctional Facility, 500 Reformatory Rd., P.O. Box 1568, Hutchinson, Kansas 67504.

2) Defendant Rick Peters is a citizen of Topeka, Kansas , and is employed as Kansas Highway Patrol (KHP), Special Response Team (SRT) and Tactical Team Leader. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes **X** No ___. If your answer is "Yes", briefly explain: Rick Peters was dispatched by the KHP and on location with the SRT/Tactical Team on the day in question and is legally responsible for the overall operation(s), actions and supervision of the KHP SRT and Tactical Team(s) and their members .

3) Defendant Lt. (FNU) Ware is a citizen of Topeka, Kansas , and is employed as KHP Tactical Team Lieutenant . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes **X** No ___. If your answer is "Yes", briefly explain: Lt. Ware was dispatched by the KHP and on location with the KHP Tactical Team and was in charge on the day in question and is legally responsible for their operation(s), supervision and action(s) .

4) Defendant John Doe (1) is a citizen of Topeka, Kansas , and is employed as KHP Tactical Team member . At the time the claim(s) alleged in this complaint arose, was this defendant

acting under the color of state law? Yes _X_ No ___. If your answer is "Yes", briefly explain: <u>John Doe (1) was dispatched to the location by the KHP and was present at the scene of the incident in question when the unlawful acts took place</u> .

5) Defendant <u>John Doe (2)</u> is a citizen of <u>Topeka, Kansas</u> , and is employed as <u>KHP Tactical Team member</u> . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes _X_ No ___. If your answer is "Yes", briefly explain: <u>John Doe (2) was dispatched to the location by the KHP and was present at the scene of the incident in question when the unlawful acts took place</u> .

6) Defendant <u>John Doe (3)</u> is a citizen of <u>Topeka, Kansas</u> , and is employed as <u>KHP Tactical Team member</u> . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes _X_ No ___. If your answer is "Yes", briefly explain: <u>John Doe (3) was dispatched to the location by the KHP and was present at the scene of the incident in question when the unlawful acts took place</u> .

7) Defendant <u>John Doe (4)</u> is a citizen of <u>Topeka, Kansas</u> , and is employed as <u>KHP Tactical Team member</u> . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes _X_ No ___. If your answer is "Yes", briefly explain: <u>John Doe (4) was dispatched to the location by the KHP and was present at the scene of the incident in question when the unlawful acts took place</u> .

8) Defendant <u>John Doe (5)</u> is a citizen of <u>Topeka, Kansas</u> , and is employed as <u>KHP Tactical Team member</u> . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes _X_ No ___. If your answer is "Yes", briefly explain: <u>John Doe (5) was dispatched to the location by the KHP and was present at the scene of the incident in question when the unlawful acts took place</u> .

9) Defendant <u>John Doe (6)</u> is a citizen of <u>Topeka, Kansas</u> , and is employed as <u>KHP Tactical Team member</u> . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes _X_ No ___. If your answer is "Yes", briefly explain: <u>John Doe (6) was dispatched to the location by the KHP and was present at the scene of the incident in question when the unlawful acts took place</u> .

10) Defendant <u>John Doe (7)</u> is a citizen of <u>Topeka, Kansas</u> , and is employed as <u>KHP Tactical</u>

Team member . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes __X__ No ___. If your answer is "Yes", briefly explain: John Doe (7) was dispatched to the location by the KHP and was present at the scene of the incident in question when the unlawful acts took place .

11) Defendant Kansas Highway Patrol is a citizen of Topeka, Kansas , and is employed as The Kansas Highway Patrol . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes __X__ No ___. If your answer is "Yes", briefly explain: The Kansas Highway Patrol dispatched Rick Peters, Lt. Ware and John Does 1-7 to the location and possesses the information pertaining to who they are, the reports that were made on the day in question and has the authority to reprimand and sanction how they see fit, as pertaining to their employment, what training they have been through and duties performed etc .

12) Defendant John H. Riffel is a citizen of Council Grove, Kansas , and is employed as Morris County Under-Sheriff . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes __X__ No ___. If your answer is "Yes", briefly explain: Under-Sheriff Riffel was dispatched to the location by the Morris County Police Department (MCPD) and was present at the scene when the unlawful acts took place.

13) Defendant Charles Rodman is a citizen of Council Grove, Kansas , and is employed as Morris County Deputy . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes __X__ No ___. If your answer is "Yes", briefly explain: Deputy Rodman was dispatched to the location by the MCPD and was present at the scene when the unlawful acts took place.

14) Defendant Dan Good is a citizen of Council Grove, Kansas , and is employed as Morris County Deputy . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes __X__ No ___. If your answer is "Yes", briefly explain: Deputy Good was dispatched to the location by the MCPD and was present at the scene when the unlawful acts took place.

15) Defendant Mark French is a citizen of Manhattan, Kansas , and is employed as Riley

County Detective . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes  X  No ____. If your answer is "Yes", briefly explain: Detective French was dispatched by the Riley County Police Department (RCPD) and was on location on the day in question and is legally responsible for his actions.

16) Defendant Brian Johnson  is a citizen of  Manhattan, Kansas , and is employed as Riley County Detective . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes  X  No ____. If your answer is "Yes", briefly explain: Detective Johnson was dispatched by the Riley County Police Department (RCPD) and was on location on the day in question and is legally responsible for his actions.

17) Defendant Robert W. Dierks  is a citizen of  Manhattan, Kansas , and is employed as Riley County Detective . At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes  X  No ____. If your answer is "Yes", briefly explain: Detective Dierks was dispatched by the Riley County Police Department (RCPD) and was on location on the day in question and is legally responsible for his actions.

18) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983; 28 U.S.C. Section 1331, Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section(s) 2201 & 2202 and injunctive relief authorized by U.S.C. Section(s) 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure .

### B. NATURE OF THE CASE

1) Briefly state the background of your case:

On November 13th of 2014, within the boarders of Morris County, in the presence of RCPD, MCPD, KHP SRT/Tactical Team personnel. I was brutally beaten, at least twice, during my arrest. No one from *any* agency, or Police Department present, came forward and/or tried to help me or stop the KHP Tactical Team Members from beating me to within an inch of my life causing me severe pain(s), swelling, dizziness, concussion(s), temporary blindness and loss of motor skills etc. The RCPD officials were informed on the scene that I needed to be

taken to the hospital and they refused to do so, causing me even more pain, excessive injury, scaring and emotional distress .

## C. CAUSE OF ACTION

1) I allege that the following of my Constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:

   A) **(1) Count I:** Police brutality and excessive use of force by the KHP SRT/Tactical Team .

   **(2) Supporting Facts:** During my arrest on November 13th of 2014, I was repeatedly kicked all over my body (head and face included), punched, hit with shield(s), slammed and jumped on excessively by the members of the KHP SRT/Tactical Team. Then, after I was handcuffed I was again punched, kicked and severely beaten by the KHP SRT/Tactical Team while I screamed and cried for the to stop. During this time I was in no violating *any* laws, resisting arrest, being combative or acting disruptively in any manner or causing any trouble or anything that would lead to these actions being taken or deemed appropriate or acceptable to anyone .

   B) **(1) Count II:** Violation of my rights under the Fourth Amendment of the United States Constitution objective reasonableness standard, causing me pain, suffering, physical and emotional injury and distress, some mental retardation and loss of motor skill(s) .

   **(2) Supporting Facts:** During my arrest on the day in question, members of the KHP SRT/Tactical Team acted in a manner that was completely unreasonable and violated my essential protected rights by severely beating and kicking me in a manner that inflicted wanton stress and pain with no justification what-so-ever .

   C) **(1) Count III:** Violation of my rights under the Eighth Amendment to the United States Constitution inflicting cruel and unusual punishment upon me, causing me severe pain, suffering, physical injury and emotional distress .

   **(2) Supporting Facts:** The members of the KHP SRT/Tactical Team severely attacked, beat, humiliated and brought harm upon me for no reason at all during and after my arrest (after I had already been handcuffed) on November 13th of 2014 while I was screaming and crying form them to stop .

**D) (1) Count IV:**  Members the KHP SRT/Tactical Team violated my Kansas Constitution: Bill of Rights under Section 9 by inflicting cruel and unusual punishment onto to .

**(2) Supporting Facts:**  The KHP SRT/Tactical Team and its members mercilessly beat me in an cruel and unusual way causing severe injury to my head, back, legs, as well as my overall mental and physical capabilities, causing major swelling (to my head), bruising, agonizing pain and suffering, discomfort and delirium .

**E) (1) Count V:**  The KHP SRT/Tactical Team members are in violation of the Universal Declaration of Human Rights and its **Article(s) (1), (2), (3), (5), (6), (7), (12), (28)** & **(30)** .

**(2) Supporting Facts:**  An exert from paragraph 3 of the Universal Declaration of Human Rights reads: "'human rights should be protected by rule of law.'" None of the KHP Officials dispatched to the location protected me or *any* of my clearly established rights during this altercation, instead they abused them and myself. An exert from **Article (1)** reads: "'All human beings should act toward one another in a spirit of brotherhood.'" The responding KHP SRT/Tactical Team Members definitely did not act toward me in the spirit of brotherhood by nearly beating to death for no apparent reason other than to purposely cause me excruciating and lasting pain. An exert from **Article (2)** reads: "'Everyone is entitled to *all* the rights and freedoms set forth in this Declaration...'" **Article (3)** reads: "*Everyone* has the right to life, liberty and security of person." The KHP Officials denied me of life, liberty and security of person by inflicting overly harsh and uncalled for violations of my person by mercilessly beating me, for an extended period of time. **Article (5)** reads: "No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment." I was absolutely subjected to cruel, inhuman or and degrading treatment at the hands of the KHP SRT/Tactical Team Members that were on location on the day in question. **Article (6)** reads: "Everyone has the right to recognition everywhere as a person before the law." I was denied my right to recognition as a person before the law on the day in question as is evident by the actions of the KHP SRT/Tactical Team carried out against me during and after my arrest. An exert from **Article (7)** reads: "'All are equal before the law and are entitled without any discrimination to equal protection of the law.'" I was not given protection by or under the law from the henious acts carried out by the KHP SRT/Tactical Team Unit(s)/Members that responded. An exert from **Article (12)** reads: "'No one shall be subjected to . . . attacks upon his honor and reputation.'" My honor and my reputation was attacked by my post recovery condition after the assault carried out by the KHP SRT/Tactical Team Officials on location. I

was looked at afterwards as an individual who deserved the actions that were carried out against me and/or that I was the provoker of the or that it was somehow *my* fault. **Article (28)** reads: "'*Everyone* is entitled to a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized.'" **Article (30)** reads: "'*Nothing* in this Declaration may be interpreted as implying for *any* State, group or person *any* right to engage in *any* activity or to preform *any* act aimed at the destruction of *any* of the *rights* and *freedoms* set forth therein.'" There is nothing that the KHP Members listed within this suit can say that will be able to justify their actions that took place on that day .

F) **(1) Count VI:** Violations of my rights under the Fifth and Fourteenth Amendment of the United States Constitution by way of Due Process .

**(2) Supporting Facts:** By being beaten, and then, allowed to be beaten by the KHP SRT/Tactical Team Members during an arrest for a crime that I allegedly committed. The KHP Officials refused my rights of due process of the law as well as being innocent until proven guilty before any or punishment be imposed onto me for the alleged charges .

G) **(1) Count VII:** Violations of my rights under the Eighth Amendment of the United States Constitution causing me pain, suffering, physical injury and emotional distress .

**(2) Supporting Facts:** By the Morris County Officials being present and witnessing the KHP SRT/Tactical Teams illegal actions, failing to correct that misconduct and encouraging the continuation of the unlawful misconduct, the MCPD defendants named are also contributing to the violations of my Eighth Amendment Rights under the U.S. Constitution, causing me pain, suffering, physical injury and emotional distress .

H) **(1) Count VIII:** The MCPD Officials are in violation of the Universal Declaration of Human Rights and its **Article(s) (1), (2), (3), (5), (6), (7), (12), (28)** and **(30) .**

**(2) Supporting Facts:** An exert from paragraph 3 of the Universal Declaration of Human Rights reads: "'human rights should be protected by rule of law.'" None of the listed MCPD Officials that were dispatched and present on the scene did anything to protect me or *any* of my clearly established rights. An exert from **Article (1)** reads: "'All human beings should act toward one another in a spirit of brotherhood.'" The listed MCPD Officials did not in *any* way act towards me in a spirit of brotherhood. An exert

from **Article (2)** reads: "'Everyone is entitled to *all* the rights and freedoms set forth in this Declaration.'" I was denied these entitled rights by the MCPD Officials. **Article (3)** reads: "*Everyone* has the right to life, liberty and security of person." I was denied liberty, security of person and nearly my life by the MCPD's refusal to help or assist me during this horrific incident carried out against me. **Article (5)** reads: "No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment." I was allowed to be subjected to this treatment by the MCPD Officials when they let the KHP SRT/Tactical Team Members continually beat me. **Article (6)** reads: "Everyone has the right to recognition everywhere as a person before the law." The MCPD Officials refused to recognize me as a person before the law during the incident in question when they refused to step in and protect myself and my rights. **Article (7)** reads: "'*All* are equal before the law and are *entitled* without any discrimination to equal protection of the law.'" The MCPD Officials denied me, not only equal protection of the law but, *any* protection of the law. An exert from **Article (12)** reads: "'No one shall be subjected to . . . attacks upon his honor and reputation.'" The MCPD Officials attacked and subjected me to attack on my reputation and honor when they refused to do their jobs and enforce the law on my behave. **Article (28)** reads: "'*Everyone* is entitled to a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized.'" **Article (30)** reads: "'*Nothing* in this Declaration may be interpreted as implying for *any* State, group or person *any* right to engage in *any* activity or to preform *any* act aimed at the destruction of *any* of the *rights* and *freedoms* set forth therein.'" There is nothing that the MCPD Officials listed within this suit can say that can justify why they let the KHP Members maliciously beat me on that day .

I) **(1) Count IX:**  Violations of my rights under the Fifth and Fourteenth Amendment of the United States Constitution by way of Due Process .

**(2) Supporting Facts:**  By allowing the KHP SRT/Tactical Team Members to beat up on, and nearly kill me in the process, for a crime that I allegedly committed. The MCPD Officials refused my rights of due process of the law as well as being innocent until proven guilty before any or punishment be imposed onto me for the alleged charges .

J) **(1) Count X:**  Deliberate indifference by the listed MCPD Officials in the Complaint for failure to adequately respond and stop the KHP Officials from inflicting wanton pain

and affliction onto me .

**(2) Supporting Facts:** By the MCPD Officials refusing to step-in and help me during the KHP SRT/Tactical Team Members beating of me they also caused me excessive pain and suffering, emotional distress, disfigurement as well as additional long-term trauma and stress .

**K) (1) Count XI:** Deliberate indifference by the mentioned RCPD Officials in this suit by the way of neglecting much needed medical attention .

**(2) Supporting Facts:** Upon information and belief, the Riley County Officials that were at the scene were told that I was cleared to be transferred into RCPD custody, but that I was/needed to be taken to the hospital to receive stitches and more adequate medical attention to my wounds and overall injuries. The mentioned RCPD Officials neglected to get me to the hospital or receive any further medical attention or treatment causing scarring, emotional distress, pain, suffering and additional long-term physical and emotional trauma on my mental and bodily recovery. The following morning the RCPD Director had me rushed to the Emergency Room assess and stabilize my condition to a degree, but was refused stitches and other avenues of help by the physician(s) because my wounds were too old and they were unable to properly say what the result of their assistance would produce. The RCPD Director also properly and promptly contacted the Kansas Bureau of Investigation (KBI) for them to conduct an investigation into the incident .

**L)** All illegal actions listed caused me injury to my Fourth, Fifth, Eighth and Fourteenth Amendment rights of the U.S. Constitution and still continually cause me pain, suffering and emotional distress.

**M)** I have no plain, adequate or complete remedy at law to redress the wrongs described herein. I have been and will continue to be irreparably injured by the conduct of the defendants unless this Court grants declaratory and injunctive relief sought in the Complaint.

**N) (1) Count XII:** The RCPD Defendants are in violation of the Universal Declaration of Human Rights and its **Article(s) (1), (2), (3), (5), (12), (28) and (30)** .

**(2) Supporting Facts:** An exert from paragraph 3 of the Universal Declaration of Human Rights reads: "'human rights should be protected by rule of law.'" Neither of the Riley County Defendants protected me by way of ensuring that I was brought to a hospital after I was released into their custody, which caused me even more pain, scarring, emotional distress and discomfort. An exert from **Article (1)** reads: "'All human beings should act toward one another in a spirit of brotherhood.'" The RCPD Officials listed within this Complaint definitely did not act toward me with a spirit of brotherhood when they deliberately neglected to see to me receiving the proper medical attention needed and afforded to me. An exert from **Article (2)** reads: "'Everyone is entitled to all the rights and freedoms set forth in this Declaration.'" I was sadly refused *these* rights by the RCPD Officials present on location on the day in question when they neglected to properly care for me. **Article (3)** reads: "*Everyone* has the right to life, liberty and security of person." I was refused my rights by the RCPD Officials due to their wrongful neglect of getting me to the proper medical physicians. **Article (5)** reads: "No one shall be subjected to torture or to  cruel, inhuman or degrading treatment or punishment." I was subjected to torture, cruel, inhuman, degrading treatment and punishment by the RCPD Officials  when they left me subjected to my wounds and pain with zero disregard for my overall physical and mental well-being. An exert from **Article (12)** reads: "'No one shall be subjected to . . . attacks upon his honor and reputation.'" **Article (28)** reads: "*Everyone* is entitled to a social and international order in which the *rights* and *freedoms* set forth in this Declaration can be fully realized." **Article (30)** reads: "*Nothing* in this Declaration may be interpreted as implying for *any* State, group or person *any* right to engage in *any* activity or to perform *any* act aimed at the destruction of *any* of the *rights* and *freedoms* set forth herein." There is no excuse for the RCPD Officials behavior and neglect of assistance to me, or anyone taken into their care/custody, during my time of need, stress, pain and suffering .

**O)** All Defendants listed are being sued individually and in his/her official capacity. At all times mentioned in this Complaint each of the Defendants acted under the color of state law.

## D. PREVIOUS LAWSUIT AND ADMINISTRATIVE RELIEF

**1)** Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ___ No _X_.

**2)** I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of on Part C Yes _X_ No ___. If your answer is "Yes", briefly describe how relief was sought and the results.

Riley County administrators said that they do not have anything to do with the incident and cannot do much to help assist me with the issue(s), it is not their problem .

## 2) REQUEST FOR RELIEF

**1)** I believe that I am entitled to the following relief:

A judgment from the Court granting Plaintiff Dartez a Declaration that the acts and omissions described in this Complaint violate his rights under the Constitution and the laws of the United States, a preliminary injunction Ordering the KHP Defendants to complete additional training, courses etc. required to properly complete their duties and arrest(s) against without using unlawful and unnecessary excessive force and/or causing great bodily harm, as well as properly supervising and monitoring those under their command, and personal training for their own self control. A preliminary injunction suspending the officers involved with the incident, without pay, until their training has been completed and this suit has been totally settled with the Court. This is to ensure the overall safety of all other individuals that these officers may come into contact with possibly able to cause harm to. A preliminary and permanent injunction ordering the Kansas Highway Patrol Agency to video, and audio, record *all* and *any* encounters where the Special Response Team (SRT)/Tactical Team(s) and/or equivalent unit(s) are called into *any* situation and/or activated into action or tasked to act. This is to ensure that there will not be another incident like the one we are currently going through. This should be beneficial for everyone involved. I am also asking the Court to grant me compensatory damages in the amount of $1,000,000 against each Defendant jointly and severally. Punitive damages in the amount of $1,000,000 against each Defendant. I am suing that Kansas Highway Patrol State Agency for injunctive relief only. A jury trial on all issues triable by jury. Recovery of my costs in this suit (lawyer fees if applicable as well), and any additional relief that this Court deems just, proper and equitable .

Dated: April 3, 2017

Respectfully submitted,
Samuel Lee Dartez II
#87393
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, Kansas 67504

## VERIFICATION

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Hutchinson, Kansas on April 3 2017

Samuel Lee Dartez II