IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SAMUEL LEE DARTEZ, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 15-CV-03255-EFM-DJW |
| | ) |
| RICK PETERS; FNU WARE; | ) |
| JOHN DOES; MARK FRENCH; | ) |
| BRIAN JOHNSON and | ) |
| ROBERT W. DIERKS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ENTRY OF APPEARANCE

COME NOW David G. Seely of Fleeson, Gooing, Coulson & Kitch, L.L.C. and enters his appearance for plaintiff, Samuel Lee Daretz, II.

Respectfully submitted,

/s/ David G. Seely
David G. Seely, S.Ct. #11397
FLEESON, GOOING, COULSON, & KITCH, L.L.C.
1900 Epic Center 301 North Main
Wichita, Kansas 67202
Phone: (316) 267-7361
Fax: (316) 267-1754
dseely@fleeson.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on August 18, 2017, the foregoing Entry of Appearance was electronically filed with the clerk of the court by using the CM/CEF system which will send a notice of electronic filing to all counsel of record.

/s/ David G. Seely
David G. Seely