

122 S. W. 7th Street
Topeka, KS 66603

**Kansas**
Highway Patrol

Phone: (785) 296-6800
Fax: (785) 296-5956
www.kansashighwaypatrol.org

Mark A. Bruce, Superintendent

Sam Brownback, Governor

October 27, 2017

RE:   Subject:  Samuel L. Dartez, II
      Incident Date:  11-13-2014
      Case Number:  2014015577

United States District Court for the District of Kansas
Case No.  15-CV-03255-EFM-DJW

Samuel Lee Dartez, II,
                         Plaintiff

v.

Rick Peters, Robert Ware, Mark French,
Brian Johnson, Robert W. Dierks, Jason S.
Bailey, Christopher Beas, Daniel W. DiLoreto,
Brian S. Hedgecock, Christopher P. Mai,
Colby J. Markham, David Ruble, and Alex R.
Taylor
                         Defendants.

David G. Seely
Fleeson, Gooing, Coulson & Kitch, L.L.C.
301 N. Main, Suite 1900
Wichita, KS  67202



Mr. Seely,

The Kansas Highway Patrol is in receipt of Mr. Dartez's Subpoena For Records regarding the above referenced incident.  We have restated below the twenty-three (23) items that are listed in the subpoena under "Exhibit A" and have addressed those items.

*1.   Any and all documents and records regarding the location(s), activities, and conduct of Rick Peters on November 13, 2014.*
      Please find the following record enclosed.
      a)   Time sheet for 11/09/2014 through 11/22/2014, 1 page

*2.   Any and all documents and records regarding the location(s), activities, and conduct of Robert Ware on November 13, 2014.*
      Please find the following record enclosed.
      a)   Time sheet for 11/09/2014 through 11/22/2014, 1 page

*3.   Any and all reports, statements, and communications by Rick Peters regarding the apprehension and/or arrest of Samuel Lee Dartez, II, and the events leading up thereto, on November 13, 2014.*
      a)   Pending

OCT 3 0 2017

KHP0001

KHP Case Number: 2014015577
US District Court of Kansas Case No.: 15-CV-03255-EFM-DJW
Samuel Lee Dartez, II,
v.
Rick Peters, Robert Ware, Mark French, Brian Johnson, Robert W. Dierks,
Jason S. Bailey, Christopher Beas, Daniel W. DiLoreto, Brian S. Hedgecock,
Christopher P. Mai, Colby J. Markham, David Ruble, and Alex R. Taylor
Page 2

4. *Any and all reports, statements, and communications by Robert Ware regarding the apprehension and/or arrest of Samuel Lee Dartez, II, and the events leading up thereto, on November 13, 2014.*
   a) Pending

5. *Any and all manuals, handbooks, training materials, rules, regulations, and policies regarding the duties and/or responsibilities of officers in the KHP command center during an event involving the KHP special response team.*
   Please find the following records for the year 2014 enclosed.
   a) Policy & Procedures OPS-23 – Critical Incident Response/Special Event, 8 pages
   b) Policy & Procedures OPS-32 – Special Response Team, 2 pages
   c) Policy & Procedures OPS-33 - Special Response Team (SRT) Activation Procedure, 2 pages
   d) Critical Incident Manual, 169 pages on 1 CD

6. *Any and all manuals, handbooks, training materials, rules, regulations, and policies regarding the duties and/or responsibilities of the KHP special response team and/or its members.*
   Please find the following records for the year 2014 enclosed.
   a) Policy & Procedures OPS-23 – Critical Incident Response/Special Event, 8 pages – See Item #5
   b) Policy & Procedures OPS-32 – Special Response Team, 2 pages - – See Item #5
   c) Policy & Procedures OPS-33 - Special Response Team (SRT) Activation Procedure, 2 pages – See Item #5

7. *Any and all audio recordings, video recordings, and photographs regarding the November 13, 2014 apprehension and/or arrest of Samuel Lee Dartez, II, during any period from the time the first law enforcement officer(s) arrived at the scene until the time the scene was cleared, including but not limited to: body camera recordings, dash camera recordings, and recordings of radio and/or telephone communications.*
   Please find the following records enclosed.
   a) Dispatch Audio, 2 CDs
   b) SRT Handheld video copied by Lt. Bowling, 1 DVD
   c) Morris County Deputy In-car video, 1 DVD
   d) In-car video by Mstrp. P. Frey, 1 DVD
   e) In-car video by Mstrp. C. Beas, 1 DVD
   d) In-car video by Trp. J. Bailey, 1 DVD
   e) In-car video by Mstrp. J. Wright, 1 DVD
   f) In-car video by Mstrp. B. Hedgecock, 1 DVD
   g) In-car video by Trp. M. Starr, 1 DVD
   h) In-car video by TTrp. T. Stoppel, 1 DVD
   i) In-car video by Trp. E. Wheeler, 1 DVD
   j) In-car video by TTrp. M. Matthews, 1 DVD
   k) In-car video by Mstrp. B. Gosch, 1 DVD
   l) In-car video by Mstrp. D. Schulte, 1 DVD
   m) In-car video by TTrp. P. Henrickson, 1 DVD

KHP Case Number: 2014015577
US District Court of Kansas Case No.: 15-CV-03255-EFM-DJW
Samuel Lee Dartez, II,
v.
Rick Peters, Robert Ware, Mark French, Brian Johnson, Robert W. Dierks, Jason S. Bailey, Christopher Beas, Daniel W. DiLoreto, Brian S. Hedgecock, Christopher P. Mai, Colby J. Markham, David Ruble, and Alex R. Taylor
Page 3

7. (continued)

n) In-car video by Mstrp. M. Paynter, 1 DVD
o) In-car video by TTrp. D. DiLoreto, 1 DVD
p) In-car video by Lt. D. Brooks, 1 DVD
q) In-car video by Mstrp. J. Wolf, 1 DVD
r) In-car video by Trp. T. Gleason, 1 DVD
s) In-car video by Mstrp. A. Taylor, 1 DVD
t) In-car video by Trp. S. Herrman, 1 DVD
u) In-car video by Mstrp. C. Mai, 1 DVD
v) In-car video by Mstrp. R. Cameron was damaged when received in the US mail and cannot be reproduced.
w) There is not a recording from a throw phone.
x) There is not a body cam video.
y) There are no photos.

*8. Any and all transcripts of recordings, interviews, and statements regarding the November 13, 2014 apprehension and/or arrest of Samuel Lee Dartez, II.*

a) No transcripts exist.

*9. Any and all reports, statements, and other documents or records of any kind regarding the apprehension and/or arrest of Samuel Lee Dartez, II on November 13, 2014.*

Please find the following records enclosed.

a) Response to Resistance Report by Mstrp. A.Taylor, 2 pages
b) Response to Resistance Report by Mstrp. B. Hedgecock, 2 pages
c) Response to Resistance Report by Mstrp. C. Beas, 2 pages
d) Response to Resistance Report by Lt. C. Markham – Original Version, 2 pages
e) Response to Resistance Report by Lt. C. Markham – Revision #1, 2 pages
f) Response to Resistance Report by Mstrp C. Mai, 2 pages
g) Response to Resistance Report by TTrp. D. DiLoreto, 2 pages
h) Response to Resistance Report by Mstrp. D. Ruble – Original Version, 2 pages
i) Response to Resistance Report by Mstrp. D. Ruble – Revision #1, 2 pages
j) Response to Resistance Report by Trp. J. Bailey, 2 pages
k) SRT Incident Summary Report (Social Security Number has been redacted), 15 pages
l) Please see the in-car video, hand held video and Dispatch audio records that are listed under items # 7
m) CAD reports, 10 pages
n) Miscellaneous documents on a CD, 1 CD
o) There are no statements.

KHP0003

KHP Case Number: 2014015577
US District Court of Kansas Case No.: 15-CV-03255-EFM-DJW
Samuel Lee Dartez, II,
v.
Rick Peters, Robert Ware, Mark French, Brian Johnson, Robert W. Dierks,
Jason S. Bailey, Christopher Beas, Daniel W. DiLoreto, Brian S. Hedgecock,
Christopher P. Mai, Colby J. Markham, David Ruble, and Alex R. Taylor
Page 4

*10. Any and all documents and records of any kind regarding the physical condition of Mr. Dartez on November 13, 2014, including but not limited to photographs and video recordings depicting Samuel Lee Dartez, II.*

    a) KHP does not have any medical records.

    b) See Item # 7. b)  for video depicting Samuel Lee Dartez, II

*11. Any and all documents and records of any medical examination and/or treatment of Samuel Lee Dartez, II on November 13, 2014.*

    a) KHP does not have any medical examination and/or treatment records of Samuel Lee Dartez II.

*12. Any and all records regarding custody and/or transfer of custody, of Samuel Lee Dartez, II on November 13, 2014.*

    a) See records listed in Item #9

*13. Any and all records, reports, and other documents regarding any internal investigation regarding the apprehension and/or arrest of Samuel Lee Dartez, II on November 13,2014.*

    Please find the following records enclosed.

    a) PSU case file 2016-00994 on CD.

    b) Captain Eric Pippin documentation note about conversation with Tony Weingartner (KBI).

*14. Any and all records, reports, and other documents regarding any Kansas Bureau of Investigation (KBI) investigation related to Samuel Lee Dartez, II.*

    a) Pending

*15. Any and all emails, text messages, and other communications to or from any member of the special response team, at any time, relating to the apprehension and/or arrest of Samuel Lee Dartez, II on November 13, 2014, including but not limited to:  Rick Peters, Robert Ware, Jason Bailey, Christopher Beas, Daniel DiLoreto, Brian Hedgecock, Christopher Mai, Colby Markham, David Ruble, and Alex Taylor.*

    a) Pending

*16.   Any and all records evidencing regarding any disciplinary proceedings and/or disciplinary actions taken against any officer(s) of the Kansas Highway Patrol arising from the apprehension and/or arrest of Samuel Lee Dartez, II on November 13, 2014.*

    a) None Exist

*17. All personnel files and disciplinary records of:   Rick Peters, Robert Ware, Jason Bailey, Christopher Beas, Daniel DiLoreto, Brian Hedgecock, Christopher Mai, Colby Markham, David Ruble, and Alex Taylor.*

    a) Pending

KHP Case Number: 2014015577
US District Court of Kansas Case No.: 15-CV-03255-EFM-DJW
Samuel Lee Dartez, II,
v.
Rick Peters, Robert Ware, Mark French, Brian Johnson, Robert W. Dierks,
Jason S. Bailey, Christopher Beas, Daniel W. DiLoreto, Brian S. Hedgecock,
Christopher P. Mai, Colby J. Markham, David Ruble, and Alex R. Taylor
Page 5

*18. Any and all complaints regarding each of the following: Rick Peters, Robert Ware, Jason Bailey, Christopher Beas, Daniel DiLoreto, Brian Hedgecock, Christopher Mai, Colby Markham, David Ruble, and Alex Taylor.*
   Please find the following records enclosed.
   a) Professional Standards Case Number 2016-0081 regarding Mstrp. C. Beas
       1) Case File Documents, 1 CD
       2) Digital File – Beas, 2 CDs
       3) Lt. D. Morrison's Audio / In-car video, 1 DVD
       4) Mstrp. J. Ruffin's Audio / In-car video, 1 DVD
   b) Professional Standards Case Number 2014-0065 regarding Captain R. Peters
       1) Case File Documents, 1 CD

*19. Any and all rules, regulations, and policies regarding the use of force in the apprehension and/or arrest of a suspect.*
   a) Pending

*20. Any and all manuals, handbooks and training materials regarding the use of force in the apprehension and/or arrest of a suspect.*
   Please find the following records for the year 2014 enclosed.
   a) 1 CD containing:
       1) ABC Baton Manual 2010
       2) ABC Handcuff Manual
       3) Carotid Restraint Control Hold Instructor Course
   b) 1 CD containing:
       1) Taser Handout
       2) Crowd Control Agents - Chemical, Biological, Radiological, Nuclear and Explosives

*21. Any and all rules, regulations, and policies regarding medical care for a suspect who is injured during the course of an apprehension and/or arrest.*
   a) Pending

*22. Any and all manuals, handbooks and training materials regarding medical care for a suspect who is injured during the course of an apprehension and/or arrest.*
   a) None Exist for year 2014.

KHP Case Number: 2014015577
US District Court of Kansas Case No.: 15-CV-03255-EFM-DJW
Samuel Lee Dartez, II,
v.
Rick Peters, Robert Ware, Mark French, Brian Johnson, Robert W. Dierks,
Jason S. Bailey, Christopher Beas, Daniel W. DiLoreto, Brian S. Hedgecock,
Christopher P. Mai, Colby J. Markham, David Ruble, and Alex R. Taylor
Page 6

*23. Any and all documents and records of any kind evidencing or reflecting any communication to or from Jason Bailey, Christopher Beas, Daniel DiLoreto, Brian Hedgecock, Christopher Mai, Colby Markham, David Ruble, and/or Alex Taylor, regarding this civil lawsuit filed by Samuel A. Dartez, II, including but not limited to emails, text messages, copies of pleadings, and other correspondence.*
    a) Pending

If you have any questions please feel free to contact us.

Sincerely,

MARK A. BRUCE, Colonel
Superintendent

TAMMIE L. LORD
Legal Counsel / Records Custodian

TLL/cb

cc: Clerk of the District Court, United States District Court for the District of Kansas Highway Patrol
    Mr. Greg P. Goheen, Attorney at Law

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

STATE OF     KANSAS     )
COUNTY OF   SHAWNEE    )

I, Tammie Lord_____, being first duly sworn, on oath, depose and say that:

1. I am a duly authorized custodian of the records of the **Kansas Highway Patrol General Headquarters** and have the authority to certify those records.

2. The copy of the records attached to this affidavit are a true copy of the records described in the subpoena.
   *Except the Social Security Number(s) has been redacted.

3. The records were prepared by the personnel or staff of **Kansas Highway Patrol General Headquarters** or persons acting under their control, in the regular course of the business at of about the time of the act, condition or event recorded.

_____
Custodian of Records

SUBSCRIBED and SWORN to before the undersigned on the _27_ day of _October_, 2017.

My commission expires: _10/22/2018_

_____
Notary Public

NOTARY PUBLIC - State of Kansas
LESA R. CYR
My Appt. Expires _10/22/18_

### CERTIFICATE OF MAILING

I, Tammie Lord_____, do hereby certify that on October 27, 2017, I mailed a true and correct copy of the above affidavit to:

David G. Seely, Fleeson, Gooing, Coulson & Kitch, LLC., 1900 Epic Center, 301 N. Main, Wichita, KS 67202

_____
Signature

SUBSCRIBED and SWORN to before the undersigned on the _27_ day of _October_, 2017.

_____
Notary Public

NOTARY PUBLIC - State of Kansas
LESA R. CYR
My Appt. Expires _10/22/18_

KHP0007