


# KANSAS HIGHWAY PATROL
## Response To Resistance Report

Page 1 of 2  
Case Number: 2014015577

### Incident
- Date Offense Occurred: 11/13/2014
- Time (24 Hour Military): 17:28
- Location: Munkers Creek Boat Ramp RD COUNCIL GROVE KS
- Troop: C
- County: MR
- Officer Involved: BEAS, CHRISTOPHER
- Radio No.: 402
- Body Armor Worn: [X] Yes [ ] No
- Photos Taken: [X] Yes [ ] No
- Taken By: WILL DOWNING
- Suspect Name (Last, First, Middle): DARTEZ SAMUAL L
- Address: 619 VATTIER ST MANHATTAN KS 66502
- Apparent Condition of Suspect: Normal

**Officer Activity:**
- [ ] Traffic Pursuit or Stop
- [ ] Civil Disorder
- [ ] Investigating Suspicious Person/Circumstances
- [ ] Transporting / Handling Prisoner
- [X] Attempting Other Arrest(s)
- [ ] Other

Was suspect arrested for Assault on LEO, Agg. Assault on LEO, Battery on LEO, Agg. Battery on LEO? [ ] Yes [X] No  ***REQUIRED***

### Reason
Physical Control/Weapon Was Used To: (check all applicable boxes)
- [X] Take Custody of Suspect
- [X] Maintain or Regain Control of Suspect
- [ ] Other
- [ ] Protect Self
- [ ] Legal Intervention with Vehicle
- [ ] Protect Another Person

### Charges
Indicate primary charge(s) necessitating custodial arrest of subject:
K.S.A. 21-5402   K.S.A.   K.S.A.   K.S.A.

### Level of Resistance
- [ ] Unarmed suspect resisted control; holds/take-downs/wrestling were employed.
- [ ] Unarmed suspect resisted control; blows were struck, no police weapons used.
- [ ] Unarmed suspect resisted control; police weapon(s) employed.
- [ ] Suspect armed with club/similar weapon threatened/attacked officer/others.
- [ ] Suspect armed with knife/similar weapon threatened/attacked officer/others.
- [ ] Suspect assaulted officer/others with motor vehicle.
- [ ] Suspect armed with firearm threatened/shot at officer/others.
- [ ] Suspect armed with explosive device.
- [X] Suspect armed with weapon resisted control but did not use weapon.
- [X] Escape.
- [ ] Other (Specify)

### Weapons
**Weapons Used by Suspect(s):**
- [ ] None
- [X] Hands
- [X] Feet
- [ ] Teeth
- [ ] Club
- [ ] Handgun
- [ ] Shotgun
- [ ] Rifle
- [ ] Knife
- [ ] Automatic Weapon
- [ ] Explosive Device
- [ ] Vehicle
- [ ] Officer's Weapon
- [ ] OC Spray
- [ ] Electronic Control Device
- [X] Other (Specify) SCREW DRIVER

**Weapons Used by Officer(s):**
- [ ] None
- [X] Hands
- [ ] Lateral Vascular Restraint
- [ ] Wrestled
- [X] Feet
- [ ] ASP Baton
- [ ] Flashlight
- [ ] OC Spray
- [ ] Tear Gas
- [ ] Conducted Electrical Weapon
- [ ] Less-Lethal (Specify)
- [ ] Duty Handgun
- [ ] Off Duty / Backup Weapon
- [ ] Shotgun
- [ ] Rifle
- [ ] Automatic Weapon
- [ ] Vehicle
- [ ] K-9
- [X] Other (Specify) BALLISTIC SHIELD

### Effect

| Suspect | Officer | Description |
|---|---|---|
| [ ] | [X] | No visible injury; no complaint of pain. |
| [ ] | [ ] | No visible injury; complaint of minor pain, no medical treatment required. |
| [X] | [ ] | Minor visible injury (redness, swelling, abrasion); no medical treatment required. |
| [ ] | [ ] | Injury requiring outpatient medical treatment (stitches, x-rays, doctor's exam). Where treated: |
| [ ] | [ ] | Injury requiring overnight hospitalization. Where: |
| [ ] | [ ] | Fatal |
| [ ] | [ ] | Transportation of injured by emergency medical services. Who: |

**EXHIBIT 3**

- Reporting Officer: MSTRP BEAS
- Radio #: 402
- Date: 11/13/2014
- Reviewed By: R. Peters K-90
- Further Review Recommended: [ ] Yes [X] No

HP-132 (Rev. 04/2013)

Watermark: DO NOT REPRODUCE — This Information Is Limited To Authorized Personnel Only

Page 2 of 2

Case Number: 2014015577

1. How long was the subject face down while restrained:
   approximately 3 minutes

2. How was the subject transported and in what position was the subject during transport:
   UNKNOWN

3. How long did the transport phase last and what observations were made of the subject's condition:
   UNKNOWN

4. Duration of physical combat:
   approximately 90 seconds

5. System or type of postarrest restraint employed:
   HANDCUFFS

6. Emergency room observations and actions, names of attending medical personnel:
   UNKNOWN

7. Postmortem examination (autopsy) of subject - nature of injuries, diseases present, drugs present, and other physical factors:
   N/A

DO NOT REPRODUCE – This Information is Limited To Authorized Personnel Only

### EFFECTS OF LESS-LETHAL (LL) MUNITIONS OR CONDUCTED ELECTRICAL WEAPON (CEW) DEPLOYMENT

Effective? ☐ Yes ☐ No
Were further control methods needed? ☐ Yes ☐ No
Serial # of fired energy cartridge:

Approximate distance from subject: _____ feet

| | | |
|---|---|---|
| Number of LL rounds deployed: | Number of hits: | Number of misses: |
| Number of times LL system used: | Number of LL munitions recovered and collected as evidence: | |
| Number of CEW rounds deployed: | Number of hits: | Number of misses: |
| Number of times CEW used: | Number of CEW probes recovered and collected as evidence: | |

Cover Officer Name and Radio Number:

Name and Radio Number of Officer taking custody of LL system or CEW after deployment:

Additional comments:

### INDICATE IMPACT AREAS (check one)
☐ Less-Lethal Munitions  ☐ Conducted Electrical Weapon

Face:
☐ Forehead  ☐ Nose  ☐ Ear, Left
☐ Eye, Left  ☐ Cheek, Left  ☐ Ear, Right
☐ Eye, Right  ☐ Cheek, Right  ☐ Mouth
☐ Chin