

# Kansas Highway Patrol
## Response To Resistance Report

Page 1 of 2

Case Number: 2014015577

### Incident

| Field | Value |
|---|---|
| Date Offense Occurred | 11/13/2014 |
| Time (24 Hour Military) | 17:28 |
| Location | Munkers Creek Boat Ramp RD Council Grove KS |
| Troop | C |
| County | MR |
| Officer Involved | C. P. Mai |
| Radio No. | 476 |
| Body Armor Worn | ☒ Yes ☐ No |
| Photos Taken | ☒ Yes ☐ No |
| Taken By | K506 |
| Suspect Name (Last, First, Middle) | Dartez Sammual Lee III |
| Address | 619 Vattier Manhattan KS 66502 |
| Apparent Condition of Suspect | Unknown |

**Officer Activity:**
- ☐ Traffic Pursuit or Stop
- ☐ Civil Disorder
- ☐ Investigating Suspicious Person/Circumstances
- ☐ Transporting / Handling Prisoner
- ☒ Attempting Other Arrest(s)
- ☒ Other: SRT Mission

Was suspect arrested for Assault on LEO, Agg. Assault on LEO, Battery on LEO, Agg. Battery on LEO? ☐ Yes ☒ No  ***REQUIRED***

### Reason

Physical Control/Weapon Was Used To: (check all applicable boxes)
- ☒ Take Custody of Suspect
- ☒ Maintain or Regain Control of Suspect
- ☐ Other
- ☒ Protect Self
- ☐ Legal Intervention with Vehicle
- ☒ Protect Another Person

### Charges

Indicate primary charge(s) necessitating custodial arrest of subject:
K.S.A. 21-5402   K.S.A.   K.S.A.   K.S.A.

### Level of Resistance

- ☐ Unarmed suspect resisted control; holds/take-downs/wrestling were employed.
- ☐ Unarmed suspect resisted control; blows were struck, no police weapons used.
- ☐ Unarmed suspect resisted control; police weapon(s) employed.
- ☐ Suspect armed with club/similar weapon threatened/attacked officer/others.
- ☐ Suspect armed with knife/similar weapon threatened/attacked officer/others.
- ☐ Suspect assaulted officer/others with motor vehicle.
- ☐ Suspect armed with firearm threatened/shot at officer/others.
- ☐ Suspect armed with explosive device.
- ☒ Suspect armed with weapon resisted control but did not use weapon.
- ☐ Escape.
- ☐ Other (Specify)

### Weapons

**Weapons Used by Suspect(s):**
- ☐ None
- ☐ Hands
- ☐ Feet
- ☐ Teeth
- ☐ Club
- ☐ Handgun
- ☐ Shotgun
- ☐ Rifle
- ☐ Knife
- ☐ Automatic Weapon
- ☐ Explosive Device
- ☐ Vehicle
- ☐ Officer's Weapon
- ☐ OC Spray
- ☐ Electronic Control Device
- ☒ Other (Specify): Screw driver

**Weapons Used by Officer(s):**
- ☐ None
- ☒ Hands
- ☐ Lateral Vascular Restraint
- ☒ Wrestled
- ☐ Feet
- ☐ ASP Baton
- ☐ Flashlight
- ☐ OC Spray
- ☐ Tear Gas
- ☐ Conducted Electrical Weapon
- ☐ Less-Lethal (Specify)
- ☐ Duty Handgun
- ☐ Off Duty / Backup Weapon
- ☐ Shotgun
- ☐ Rifle
- ☐ Automatic Weapon
- ☐ Vehicle
- ☐ K-9
- ☐ Other (Specify)

### Effect

| Suspect | Officer | Description |
|---|---|---|
| ☐ | ☒ | No visible injury; no complaint of pain. |
| ☐ | ☒ | No visible injury; complaint of minor pain, no medical treatment required. |
| ☒ | ☐ | Minor visible injury (redness, swelling, abrasion); no medical treatment required. |
| ☐ | ☐ | Injury requiring outpatient medical treatment (stitches, x-rays, doctor's exam). Where treated: |
| ☐ | ☐ | Injury requiring overnight hospitalization. Where: |
| ☐ | ☐ | Fatal |
| ☐ | ☐ | Transportation of injured by emergency medical services. Who: |

EXHIBIT 4

| Reporting Officer | Radio # | Date | Reviewed By | Further Review Recommended |
|---|---|---|---|---|
| Mai | 476 | 11/13/2014 | R. Peters K-90 | ☐ Yes ☒ No |

HP-132 (Rev. 04/2013)

DO NOT REPRODUCE — Authorized Personnel Only

Page 2 of 2

Case Number: 2014015577

1. How long was the subject face down while restrained:
   3 min.

2. How was the subject transported and in what position was the subject during transport:
   Subject was transported by Riley County Police Dept.

3. How long did the transport phase last and what observations were made of the subject's condition:
   N/A

4. Duration of physical combat:
   2-3 min.

5. System or type of postarrest restraint employed:
   Handcuffs

6. Emergency room observations and actions-names of attending medical personnel:
   N/A

7. Postmortem examination (autopsy) of subject - nature of injuries, diseases present, drugs present, and other physical factors:
   N/A

DO NOT REPRODUCE — This Information Is Limited To Authorized Personnel Only

### EFFECTS OF LESS-LETHAL (LL) MUNITIONS OR CONDUCTED ELECTRICAL WEAPON (CEW) DEPLOYMENT

Effective? ☐ Yes ☐ No
Were further control methods needed? ☐ Yes ☐ No
Serial # of fired energy cartridge:
Approximate distance from subject: _____ feet
Number of LL rounds deployed:
Number of hits:
Number of misses:
Number of times LL system used:
Number of LL munitions recovered and collected as evidence:
Number of CEW rounds deployed:
Number of hits:
Number of misses:
Number of times CEW used:
Number of CEW probes recovered and collected as evidence:
Cover Officer Name and Radio Number:
Name and Radio Number of Officer taking custody of LL system or CEW after deployment:
Additional comments:

### INDICATE IMPACT AREAS (check one)

☐ Less-Lethal Munitions  ☐ Conducted Electrical Weapon

Face:
☐ Forehead  ☐ Nose  ☐ Ear, Left
☐ Eye, Left  ☐ Cheek, Left  ☐ Ear, Right
☐ Eye, Right  ☐ Cheek, Right  ☐ Mouth
☐ Chin

KHP0035