

# Kansas Highway Patrol
## Special Response Team

## COMMAND AND CONTROL

### Administrative Information
**Type of Incident** Barricaded Subject
**Case #** 2014-015577
**Beg Date-Time** 11/14/2014    15:25
**End Date-Time** 11/14/2014    17:40
**Elapsed Time** 0 Days 2 Hours 15 Minutes

### Incident Commanders
**Incident Cmdr.** Coover, Scott (1234)
**SWAT Cmdr.** Bowling, Chris (249)
**Uniform Cmdr.** Peters, Richard (90)
**Neg. Cmdr.** Ware, Bob (455)
**Press Officer** NA

### Incident Synopsis
An attempted murder suspect was located by Morris County SO on a road next to Munkers Creek boat ramp. Deputies attempted to make contact with the suspect (Samuel Dartez II), but he would not come out of the vehicle. He barricaded himself inside the vehicle reportedly armed with a knife. KHP SRT was called to negotiate with and apprehend the suspect.

### Radio Frequencies
**CP Frequency** SRT1    **Tactical Freq.** SRT1    **Perimeter Freq.** SRT1

### Negotiators
**Primary** Ware, Bob (455)

**Secondary** Quick, Bryan (499)
**Neg. Phone**

### Command Post
**CP Location** 100 yards North of Barricaded Subject
**Primary Phone**
**Second Phone**

### Safe Route to Command Post



EXHIBIT 5