# David G. Seely

**From:** Tammie Lord [KHP] <Tammie.Lord@KS.GOV>
**Sent:** Friday, October 27, 2017 12:51 PM
**To:** David G. Seely
**Cc:** Cheryl Bukacek [KHP]; Greg Goheen; Brian E. Vanorsby; Tammy S. West
**Subject:** RE: Dartez subpoena - Update 10/27/17

Dave,

Most of everything we have ready to go is in electronic format, just was copied on other media since I just go the flash drive today (thank you!) . You will be receiving a large manila envelope, which will be placed in today's mail.

The remainder of the items that are pending will be placed on the flash drive you have provided. I anticipate having the remainder ready 3rd week in November.

Thank you.

Tammie L. Lord
Chief Legal Counsel
Kansas Highway Patrol General Headquarters
122 SW Seventh Street
Topeka, Kansas 66603
(785) 296-5986
(785) 296-1790 (Fax)

This message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 785-296-6800 and delete the original message from your email system. Thank you.

**From:** Tammie Lord [KHP]
**Sent:** Wednesday, October 25, 2017 5:55 PM
**To:** David G. Seely <dseely@fleeson.com>; Tammie Lord [KHP] <Tammie.Lord@KS.GOV>
**Cc:** Cheryl Bukacek [KHP] <Cheryl.Bukacek@KS.GOV>; Greg Goheen <ggoheen@mvplaw.com>; Brian E. Vanorsby <bvanorsby@fleeson.com>; Tammy S. West <twest@fleeson.com>
**Subject:** Re: Dartez subpoena

The problem with putting everything on a jump drive is It creates additional work and additional time I will use the jump drive for most of the remainder. I am not certain how many boxes when it's ready to go we will let you know

EXHIBIT 2

From: David G. Seely <dseely@fleeson.com>
Sent: Wednesday, October 25, 2017 5:00 PM
Subject: RE: Dartez subpoena
To: Tammie Lord [KHP] <tammie.lord@ks.gov>
Cc: Cheryl Bukacek [KHP] <cheryl.bukacek@ks.gov>, Greg Goheen <ggoheen@mvplaw.com>, Brian E. Vanorsby <bvanorsby@fleeson.com>, Tammy S. West <twest@fleeson.com>

1

Tammie: Thank you. In line with our correspondence last week, I have already mailed to you a 128GB jump drive. (You should be receiving it very soon.) As I mentioned last week, if there would be no additional cost, I would prefer to receive everything in electronic format (PDF). But if you have already prepared copies in other formats, it would probably be best if you could simply mail them to me. How many boxes will there be in this initial production?

---

David G. Seely
**Attorney**
Fleeson, Gooing, Coulson & Kitch L.L.C.
1900 Epic Center, 301 N. Main
Wichita, KS 67202
Voice: 316.267.7361 | Fax: 316.267.1754
dseely@fleeson.com
www.fleeson.com



**CONFIDENTIALITY:** This email may be legally PRIVILEGED. If you are not an intended recipient, the dissemination, distribution or copying of this message is strictly prohibited. Please delete it from your system, and notify sender of the error by reply e-mail or by calling (316) 267-7361. Thank you.

Pursuant to federal regulations imposed on practitioners who render tax advice **("Circular 230")**, we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the IRS. No one, without our written permission, may use any part of the email to promote, market or recommend an arrangement relating to any Federal tax matter.

---

**From:** Tammie Lord [KHP] [ Tammie Lord [KHP] [mailto:Tammie.Lord@KS.GOV]
**Sent:** Wednesday, October 25, 2017 4:45 PM
**To:** David G. Seely
**Cc:** Cheryl Bukacek [KHP]; Greg Goheen
**Subject:** Dartez subpoena

Dave
Tomorrow is the date of production for the amended subpoena in this case. Unfortunately we will not have anything ready to go tomorrow but by Friday afternoon we will have the following numbers answered and the associated documents ready to go in various formats (hard copy, DVDs, etc).

1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 13, 16, 18, 20, 21, and 22

I anticipate having the remainder of the items ready to go the end of the 2nd week in November.

Please advise if someone will be picking up the items Friday afternoon or if you wish us to mail those items to you.

Thanks
Tammie

2