

# KANSAS HIGHWAY PATROL
## Response To Resistance Report

Page 1 of 2

Case Number: 2014015577

### Incident

| Date Offense Occurred | Time (24 Hour Military) | Location | Troop | County |
|---|---|---|---|---|
| 11/13/2014 | 17:28 | Munkers Creek Boat Ramp RD COUNCIL GROVE KS | C | MR |

| Officer Involved | Radio No. | Body Armor Worn | Photos Taken: | Taken By: |
|---|---|---|---|---|
| BEAS, CHRISTOPHER | 402 | ☒ Yes ☐ No | ☒ Yes ☐ No | WILL DOWNING |

| Suspect Name (Last, First, Middle) | Address | Apparent Condition of Suspect: |
|---|---|---|
| DARTEZ  SAMUAL  L | 619 VATTIER ST MANHATTAN KS 66502 | Normal |

Officer Activity:
- ☐ Traffic Pursuit or Stop
- ☐ Civil Disorder
- ☐ Investigating Suspicious Person/Circumstances
- ☐ Transporting / Handling Prisoner
- ☒ Attempting Other Arrest(s)
- ☐ Other

Was suspect arrested for Assault on LEO, Agg. Assault on LEO, Battery on LEO, Agg. Battery on LEO? ☐ Yes ☒ No  *** REQUIRED***

### Reason

Physical Control/Weapon Was Used To: (check all applicable boxes)
- ☒ Take Custody of Suspect
- ☒ Maintain or Regain Control of Suspect
- ☐ Other
- ☐ Protect Self
- ☐ Legal Intervention with Vehicle
- ☐ Protect Another Person

### Charges

Indicate primary charge(s) necessitating custodial arrest of subject:
K.S.A. 21-5402  K.S.A. ___  K.S.A. ___  K.S.A. ___

### Level of Resistance

- ☐ Unarmed suspect resisted control; holds/take-downs/wrestling were employed.
- ☐ Unarmed suspect resisted control; blows were struck, no police weapons used.
- ☐ Unarmed suspect resisted control; police weapon(s) employed.
- ☐ Suspect armed with club/similar weapon threatened/attacked officer/others.
- ☐ Suspect armed with knife/similar weapon threatened/attacked officer/others.
- ☐ Suspect assaulted officer/others with motor vehicle.
- ☐ Suspect armed with firearm threatened/shot at officer/others.
- ☐ Suspect armed with explosive device.
- ☒ Suspect armed with weapon resisted control but did not use weapon.
- ☒ Escape
- ☐ Other (Specify)

### Weapons

Weapons Used by Suspect(s):
- ☐ None
- ☒ Hands
- ☒ Feet
- ☐ Teeth
- ☐ Club
- ☐ Handgun
- ☐ Shotgun
- ☐ Rifle
- ☐ Knife
- ☐ Automatic Weapon
- ☐ Explosive Device
- ☐ Vehicle
- ☐ Officer's Weapon
- ☐ OC Spray
- ☐ Electronic Control Device
- ☒ Other (Specify) SCREW DRIVER

Weapons Used by Officer(s):
- ☐ None
- ☒ Hands
- ☐ Lateral Vascular Restraint
- ☐ Wrestled
- ☒ Feet
- ☐ ASP Baton
- ☐ Flashlight
- ☐ OC Spray
- ☐ Tear Gas
- ☐ Conducted Electrical Weapon
- ☐ Less-Lethal (Specify)
- ☐ Duty Handgun
- ☐ Off Duty / Backup Weapon
- ☐ Shotgun
- ☐ Rifle
- ☐ Automatic Weapon
- ☐ Vehicle
- ☐ K-9
- ☒ Other (Specify) BALLISTIC SHIELD

### Effect

| Suspect | Officer | |
|---|---|---|
| ☐ | ☒ | No visible injury; no complaint of pain. |
| ☐ | ☐ | No visible injury; complaint of minor pain, no medical treatment required. |
| ☒ | ☐ | Minor visible injury (redness, swelling, abrasion); no medical treatment required. |
| ☐ | ☐ | Injury requiring outpatient medical treatment (stitches, x-rays, doctor's exam). Where treated: |
| ☐ | ☐ | Injury requiring overnight hospitalization. Where: |
| ☐ | ☐ | Fatal |
| ☐ | ☐ | Transportation of injured by emergency medical services. Who: |

EXHIBIT 3

| Reporting Officer | Radio # | Date | Reviewed By | Further Review Recommended |
|---|---|---|---|---|
| MSTRP BEAS | 402 | 11/13/2014 | R. Peters K-90 | ☐ Yes ☒ No |

HP-132 (Rev. 04/2013)

DO NOT REPRODUCE — This information is Limited To Authorized Personnel Only

KHP0028

Page 2 of 2

Case Number: 2014015577

1. How long was the subject face down while restrained:
   approximately 3 minutes

2. How was the subject transported and in what position was the subject during transport:
   UNKNOWN

3. How long did the transport phase last and what observations were made of the subject's condition:
   UNKNOWN

4. Duration of physical combat:
   approximately 90 seconds

5. System or type of postarrest restraint employed:
   HANDCUFFS

6. Emergency room observations and actions, names of attending medical personnel:
   UNKNOWN

7. Postmortem examination (autopsy) of subject - nature of injuries, diseases present, drugs present, and other physical factors:
   N/A

**EFFECTS OF LESS-LETHAL (LL) MUNITIONS OR CONDUCTED ELECTRICAL WEAPON (CEW) DEPLOYMENT**

Effective? ☐ Yes ☐ No
Were further control methods needed? ☐ Yes ☐ No
Serial # of fired energy cartridge:
Approximate distance from subject: _____ feet

| Number of LL rounds deployed: | Number of hits: | Number of misses: |
| Number of times LL system used: | Number of LL munitions recovered and collected as evidence: | |
| Number of CEW rounds deployed: | Number of hits: | Number of misses: |
| Number of times CEW used: | Number of CEW probes recovered and collected as evidence: | |

Cover Officer Name and Radio Number:

Name and Radio Number of Officer taking custody of LL system or CEW after deployment:

Additional comments:

**INDICATE IMPACT AREAS** (check one)
☐ Less-Lethal Munitions   ☐ Conducted Electrical Weapon

Face: ☐ Forehead ☐ Nose ☐ Ear, Left
☐ Eye, Left ☐ Cheek, Left ☐ Ear, Right
☐ Eye, Right ☐ Cheek, Right ☐ Mouth
☐ Chin

DO NOT REPRODUCE
This Information is Limited To Authorized Personnel Only