

# Kansas Highway Patrol
## Response To Resistance Report

Page 1 of 2
Case Number: 2014015577

### Incident

| Date Offense Occurred | Time (24 Hour Military) | Location | Troop | County |
|---|---|---|---|---|
| 11/13/2014 | 17:28 | Munkers Creek Boat Ramp RD Council Grove KS | C | MR |

| Officer Involved | Radio No. | Body Armor Worn | Photos Taken: | Taken By: |
|---|---|---|---|---|
| C. P. Mai | 476 | [X] Yes [ ] No | [X] Yes [ ] No | K506 |

| Suspect Name (Last, First, Middle) | Address | Apparent Condition of Suspect: |
|---|---|---|
| Dartez Sammual Lee III | 619 Vattier Manhattan KS 66502 | Unknown |

Officer Activity:
- [ ] Traffic Pursuit or Stop
- [ ] Civil Disorder
- [ ] Investigating Suspicious Person/Circumstances
- [ ] Transporting / Handling Prisoner
- [X] Attempting Other Arrest(s)
- [X] Other  SRT Mission

Was suspect arrested for Assault on LEO, Agg. Assault on LEO, Battery on LEO, Agg. Battery on LEO? [ ] Yes [X] No  ***REQUIRED***

### Reason

Physical Control/Weapon Was Used To: (check all applicable boxes)
- [X] Take Custody of Suspect
- [X] Maintain or Regain Control of Suspect
- [ ] Other
- [X] Protect Self
- [ ] Legal Intervention with Vehicle
- [X] Protect Another Person

### Charges

Indicate primary charge(s) necessitating custodial arrest of subject:
K.S.A. 21-5402   K.S.A.   K.S.A.   K.S.A.

### Level of Resistance

- [ ] Unarmed suspect resisted control; holds/take-downs/wrestling were employed.
- [ ] Unarmed suspect resisted control; blows were struck, no police weapons used.
- [ ] Unarmed suspect resisted control; police weapon(s) employed.
- [ ] Suspect armed with club/similar weapon threatened/attacked officer/others.
- [ ] Suspect armed with knife/similar weapon threatened/attacked officer/others.
- [ ] Suspect assaulted officer/others with motor vehicle.
- [ ] Suspect armed with firearm threatened/shot at officer/others.
- [ ] Suspect armed with explosive device.
- [X] Suspect armed with weapon resisted control but did not use weapon.
- [ ] Escape.
- [ ] Other (Specify)

### Weapons

Weapons Used by Suspect(s):
- [ ] None
- [ ] Hands
- [ ] Feet
- [ ] Teeth
- [ ] Club
- [ ] Handgun
- [ ] Shotgun
- [ ] Rifle
- [ ] Knife
- [ ] Automatic Weapon
- [ ] Explosive Device
- [ ] Vehicle
- [ ] Officer's Weapon
- [ ] OC Spray
- [ ] Electronic Control Device
- [X] Other (Specify) Screw driver

Weapons Used by Officer(s):
- [ ] None
- [X] Hands
- [ ] Lateral Vascular Restraint
- [X] Wrestled
- [ ] Feet
- [ ] ASP Baton
- [ ] Flashlight
- [ ] OC Spray
- [ ] Tear Gas
- [ ] Conducted Electrical Weapon
- [ ] Less-Lethal (Specify)
- [ ] Duty Handgun
- [ ] Off Duty / Backup Weapon
- [ ] Shotgun
- [ ] Rifle
- [ ] Automatic Weapon
- [ ] Vehicle
- [ ] K-9
- [ ] Other (Specify)

### Effect

| Suspect | Officer | |
|---|---|---|
| [ ] | [X] | No visible injury; no complaint of pain. |
| [ ] | [X] | No visible injury; complaint of minor pain, no medical treatment required. |
| [X] | [ ] | Minor visible injury (redness, swelling, abrasion); no medical treatment required. |
| [ ] | [ ] | Injury requiring outpatient medical treatment (stitches, x-rays, doctor's exam). Where treated: |
| [ ] | [ ] | Injury requiring overnight hospitalization. Where: |
| [ ] | [ ] | Fatal |
| [ ] | [ ] | Transportation of injured by emergency medical services. Who: |

EXHIBIT 4

| Reporting Officer | Radio # | Date | Reviewed By | Further Review Recommended |
|---|---|---|---|---|
| Mai | 476 | 11/13/2014 | R. Peters K-90 | [ ] Yes [X] No |

HP-132 (Rev. 04/2013)

DO NOT REPRODUCE — This information is limited to Authorized Personnel Only

KHP0034

Page 2 of 2

Case Number: 2014015577

1. How long was the subject face down while restrained:
   3 min.

2. How was the subject transported and in what position was the subject during transport:
   Subject was transported by Riley County Police Dept.

3. How long did the transport phase last and what observations were made of the subject's condition:
   N/A

4. Duration of physical combat:
   2-3 min.

5. System or type of postarrest restraint employed:
   Handcuffs

6. Emergency room observations and actions - names of attending medical personnel:
   N/A

7. Postmortem examination (autopsy) of subject - nature of injuries, diseases present, drugs present, and other physical factors:
   N/A

**EFFECTS OF LESS-LETHAL (LL) MUNITIONS OR CONDUCTED ELECTRICAL WEAPON (CEW) DEPLOYMENT**

Effective? ☐ Yes ☐ No
Were further control methods needed? ☐ Yes ☐ No
Serial # of fired energy cartridge:
Approximate distance from subject: _____ feet
Number of LL rounds deployed:
Number of hits:
Number of misses:
Number of times LL system used:
Number of LL munitions recovered and collected as evidence:
Number of CEW rounds deployed:
Number of hits:
Number of misses:
Number of times CEW used:
Number of CEW probes recovered and collected as evidence:
Cover Officer Name and Radio Number:
Name and Radio Number of Officer taking custody of LL system or CEW after deployment:
Additional comments:

**INDICATE IMPACT AREAS** (check one)
☑ Less-Lethal Munitions  ☐ Conducted Electrical Weapon

Face: ☑ Forehead ☐ Nose ☐ Ear, Left
☐ Eye, Left ☐ Cheek, Left ☐ Ear, Right
☐ Eye, Right ☐ Cheek, Right ☐ Mouth
☐ Chin

DO NOT REPRODUCE
This Information Is Limited To Authorized Personnel Only

KHP0035