IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SAMUEL LEE DARTEZ, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-3255-EFM |
| | ) |
| RICK PETERS, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO RECONSIDER THE COURT'S ORDER (ECF NO. 577)**

**COME NOW,** Defendants[1], by and through their attorneys of record, and pursuant to D.Kan. 7.3 respectfully move this Court to reconsider its Order (ECF No. 577) granting Plaintiff's Motion for Approval to Disclose Statements Made in Mediation Settlement Negotiations (ECF No. 576). Defendants incorporate by reference the arguments and authorities set forth in their memorandum in support filed contemporaneously herewith.

**WHEREFORE,** Defendants request that the Court reconsider its Order (ECF No. 577) and deny Plaintiff's Motion for Approval to Disclose Statements Made in Mediation Settlement Negotiations (ECF No. 576).

---

[1] Rick Peters, Robert Ware, Jason Bailey, Christopher Beas, Daniel DiLoreto, Brian Hedgecock, Christopher Mai, Colby Markham, David Ruble, Alex Taylor, Jason DeVore, Christopher Bowling, Perry Frey, Robert Keener and Herman Jones.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS
10 East Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
Email: ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
     Gregory P. Goheen    #16291

*Attorneys for Defendants Rick Peters, Robert Ware, Jason Bailey, Christopher Beas, Daniel W. Diloreto, Brian S. Hedgecock, Christopher Mai, Colby J. Markham, David Ruble, Alex Taylor, Jason Devore, Robert Keener, Christopher Bowling, Perry Frey and Herman Jones*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served through the Court's ECF system, served electronically and/or mailed, postage pre-paid, on this 7th day of December, 2021 to:

David G. Seely
Fleeson Gooing Coulson & Kitch
1900 Epic Center
301 N. Main
Wichita, Kansas 67202
Attorneys for Plaintiff

/s/ Gregory P. Goheen