UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SAMUEL LEE DARTEZ II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-3255-EFM |
| | ) |
| RICK PETERS, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**PLAINTIFF'S SECOND MOTION
FOR ATTORNEY FEES AND EXPENSES**

COMES NOW the plaintiff, Samuel Lee Dartez II, through his duly-appointed counsel, and moves the Court, pursuant to 28 U.S.C. § 1988(b) and the equitable jurisdiction of this Court, for an award of his reasonable attorney fees and expenses incurred in connection with the preparation and submission of his successful motion for attorney fees and litigation expenses (Doc. 591), and related filings.

Counsel for plaintiff hereby acknowledge their obligation under D. Kan. R. 54.2 to consult with counsel for the KHP defendants regarding the fees requested herein and, if no agreement can be reached, will file a statement to that effect within 30 days of this motion, along with a supporting memorandum, as required by D. Kan. R. 54.2(c).

WHEREFORE, plaintiff respectfully requests that his Section Motion for Attorney Fees and expenses be granted.

Respectfully submitted,

/s/ David G. Seely
David G. Seely, S.Ct. #11397

        Lyndon W. Vix, S.Ct. #12375
        Ryan K. Meyer, S.Ct. #24340
        FLEESON, GOOING, COULSON, & KITCH, L.L.C.
        1900 Epic Center, 301 North Main
        Wichita, Kansas 67202
        Phone: (316) 267-7361
        Fax: (316) 267-1754
        dseely@fleeson.com
        lvix@fleeson.com
        rmeyer@fleeson.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on August 2, 2022, the foregoing Motion was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ David G. Seely
        David G. Seely